Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALEXANDER, ROBERT RANDALL, *et al.*,<br><br>　　　　　Defendant. | NO. CR05-00231C<br><br>SECOND STIPULATION AND AGREED (PROPOSED) ORDER MODIFYING CONDITIONS OF RELEASE |

### I. **STIPULATION**

IT IS HEREBY STIPULATED by Cassandra L. Stamm, attorney for Robert Alexander, and Ye-Ting Woo, Assistant United States Attorney, that certain conditions of defendant Robert Alexander's Appearance Bond are no longer necessary to reasonably assure his appearance or to safeguard the safety of any person or the community. Accordingly, the parties have further stipulated that Mr. Alexander may have, subject to the approval of the Court, his conditions of pretrial release modified as set forth below.

*SECOND STIPULATION AND AGREED (PROPOSED) ORDER MODIFYING CONDITIONS OF APPEARANCE BOND – 1*
*(Alexander, et al. No. C05-0231C)*

**Horwitz & Stamm, PLLC**
119 First Avenue South, Suite 500
Seattle, Washington 98104
(206) 264-8586

## II.  ORDER

THIS MATTER came before the above-entitled Court on the defendant's Motion to Modify Conditions of Appearance Bond and the above stipulation of the parties.  This Court has now considered said matters and NOW THEREFORE, the Court does hereby MODIFY the Appearance Bond dated June 30, 2005, as follows:

Robert Alexander shall no longer be subject to Pretrial Services supervision by the Pretrial Services Office.  The conditions previously imposed ordering that Mr. Alexander refrain from any use of alcohol and that he restrict his travel to Lewis and Clark County and Jefferson County in Montana are hereby stricken.  Mr. Alexander may use alcohol legally and may travel freely within the state of Montana.

All other conditions of release in the Appearance Bond dated June 30, 2005, not inconsistent with the terms of this order, shall remain in full force and effect.

DONE this  14th  day of December, 2005.

s/ Mary Alice Theiler
United States Magistrate Judge

*SECOND STIPULATION AND AGREED (PROPOSED) ORDER MODIFYING CONDITIONS OF APPEARANCE BOND – (Alexander, et al. No. C05-0231C)*    2

**Horwitz & Stamm, PLLC**
119 First Avenue South, Suite 500
Seattle, Washington 98104
(206) 264-8586

Presented by:

s/ Cassandra Stamm at Seattle, WA
Cassandra Stamm
Attorney for defendant Alexander
Horwitz & Stamm, PLLC
119 First Avenue South, Suite 500
Seattle, Washington 98104
Phone:  (206) 264-8586
Fax:  (206) 682-3002
casey@seattlecriminalattorney.com


Received, approved for filing:


s/ Ye-Ting Woo at Seattle, WA
Ye-Ting Woo
Assistant United States Attorney
700 Stewart Street, suite 5220
Seattle, Washington 98101
Phone:  (206) 553-7970
Fax:  (206) 553-4440
Ye-Ting.Woo@usdoj.gov

*SECOND STIPULATION AND AGREED (PROPOSED) ORDER MODIFYING CONDITIONS OF APPEARANCE BOND – (Alexander, et al. No. C05-0231C)*       3

**Horwitz & Stamm, PLLC**
119 First Avenue South, Suite 500
Seattle, Washington 98104
(206) 264-8586

CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of Washington that today I electronically filed this pleading and all attachments with the clerk of the court using the CM/ECF system, which will send electronic notification of the filing to the attorneys of record for each of the parties.

```
By:   s/ Cassandra Stamm      at Seattle, WA
      Cassandra Stamm
      Attorney for defendant Alexander
      Horwitz & Stamm, PLLC
      119 First Avenue South, Suite 500
      Seattle, Washington 98104
      Phone:  (206) 264-8586
      Fax:    (206) 682-3002
      casey@seattlecriminalattorney.com
```

*SECOND STIPULATION AND AGREED (PROPOSED) ORDER MODIFYING CONDITIONS OF APPEARANCE BOND – (Alexander, et al. No. C05-0231C)*     4

**Horwitz & Stamm, PLLC**
119 First Avenue South, Suite 500
Seattle, Washington 98104
(206) 264-8586